UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

MAURICE DUDLEY

Plaintiff,

**ORDER**

-against-

06 CV 216 (RJD)(LB)

CORRECTIONS OFFICER TRENT
PENDAGRASS; VALERIE MEEKINS; THE
CITY OF NEW YORK; P.O. SUAREZ; P.O.
LEITER; P.O. JOHN DOE; M.D. JOHN DOE;
M.D. BOB DOE; and SERGEANT JOHN DOE,

Defendant.
--------------------------------------------------------X

DEARIE, Chief Judge.

Pro se plaintiff Maurice Dudley brings this action against defendants pursuant to 42

U.S.C. § 1983, alleging false arrest and imprisonment, excessive force, and deliberate

indifference to his serious medical need. Defendants City of New York and Police Officer

Suarez moved for summary judgment, and pursuant to 28 U.S.C. § 626(b), the Court referred the

motions to Magistrate Judge Lois Bloom for Report & Recommendation ("Report"). On August

14, 2008, Magistrate Judge Bloom issued a Report recommending that defendants' motions for

summary judgment be granted. On August 20, 2008, plaintiff wrote to the Court requesting a

sixty-day extension of time to file objections. The Court granted plaintiff an extension until

October 24, 2008. As of October 28, 2008, no objections have been filed, and so the Court

adopts the Report in full.  Defendants' motion for summary judgment is granted.

SO ORDERED.

Dated: Brooklyn, New York
     October 27, 2008

                                                s/ Judge Raymond J. Dearie
                                         RAYMOND J. DEARIE
                                         United States District Judge