UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

MAURICE DUDLEY

                Plaintiff,

      -against-

CORRECTIONS OFFICER TRENT
PENDAGRASS; VALERIE MEEKINS; THE
CITY OF NEW YORK; P.O. SUAREZ; P.O.
LEITER; P.O. JOHN DOE; M.D. JOHN DOE;
M.D. BOB DOE; and SERGEANT JOHN DOE,

                Defendant.
---------------------------------------------------------X

**ORDER**

06 CV 216 (RJD)(LB)

DEARIE, Chief Judge.

Pro se plaintiff Maurice Dudley brings this action against defendants pursuant to 42 U.S.C. § 1983, alleging false arrest and imprisonment, excessive force, and deliberate indifference to his serious medical need. On October 18, 2007, the Court adopted Magistrate Judge Lois Bloom's Report & Recommendation, thereby granting plaintiff's motion for default judgment against defendants Meekins and Pendergrass. Those defendants requested reconsideration, and the Court afforded them ten days to file a motion to vacate the default. Pursuant to 28 U.S.C. § 626(b), that motion was referred to Magistrate Judge Bloom, and on August 14, 2008, Magistrate Judge Bloom issued a Report & Recommendation recommending that the default judgment be vacated.

On August 20, 2008, plaintiff wrote to the Court requesting a sixty-day extension of time to file objections. The Court granted plaintiff an extension until October 24, 2008. As of October 28, 2008, no objections have been filed, and so the Court adopts the Report in full.

Defendants' motion to vacate the default is granted.

SO ORDERED.

Dated: Brooklyn, New York
October __, 2008

s/ Judge Raymond J. Dearie

_____
RAYMOND J. DEARIE
United States District Judge